**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**ROY DAVON VAN HOOSEN**                                                                    **PLAINTIFF**

**v.**                                        **CASE NO. 4:17-CV-00047 BSM**

**HINTON,** *et al*.                                                                              **DEFENDANTS**

**JUDGMENT**

Pursuant to the order entered on this day, this case is dismissed without prejudice.

IT IS SO ORDERED this 6th day of August 2019.

_____
UNITED STATES DISTRICT JUDGE